# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GARY J. LONON** *Plaintiff* | **CIVIL ACTION** |
| v. | **NO. 16-6456** |
| **THE J.G. WENTWORTH COMPANY** *Defendant* | |

### ORDER

**AND NOW**, this 26th day of October 2018, upon consideration of Defendant The J.G. Wentworth Company's ("Defendant") *motion to dismiss for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b)*, [ECF 17], Plaintiff Gary J. Lonon's ("Plaintiff") response to Defendant's motion, [ECF 18], and Defendant's reply memorandum, [ECF 19], it is hereby **ORDERED**, consistent with the accompanying Memorandum Opinion, that Defendant's motion to dismiss is **GRANTED**. Accordingly, Plaintiff's complaint is **DISMISSED** for failure to prosecute.

The Clerk of Court is directed to mark this matter **CLOSED**.

**BY THE COURT:**

*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*